**John JACOBS and Per Lee Hunt, Executors, Estate of Carrie Jacobs Brown, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7573.

Circuit Court of Appeals, Sixth Circuit.

March 11, 1938.

Lynch, Day, Pontius & Lynch, of Canton, Ohio, and James W. Morris, Sewall Key and Herman Oliphant, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of the parties filed herein the 11th day of March, 1938, it is by the court, adjudged, ordered, and decreed that there is a deficiency of $1,816.70 in federal estate tax due from the estate of Carrie Jacobs Brown, deceased, and that this cause be, and the same is hereby, remanded to the United States Board of Tax Appeals to enter therein its final order in accordance herewith.

**G. G. JONES v. Robert KIRK.**

No. 1674.

Circuit Court of Appeals, Tenth Circuit.

March 10, 1938.

John R. Parsons, of Wakeeney, Kan., for appellant.

Paul W. Applegate, of Wakeeney, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee, at, appellant's costs.

**KALLE & CO., et al. v. MULTAZO COMPANY, Inc., et al.**

No. 7570.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1938.

Harness, Dickey, Pierce & Hann, of Detroit, Mich., for appellants.

Chappell, Earl & Chappell, of Kalamazoo, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be dismissed without prejudice to further proceedings, pursuant to stipulation of counsel.